IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS PEREZ, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § | Civil Action No. 4:19-cv-4848 |
| PROCOLLECT, INC. | | |
| *Defendant*. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jesus Perez and Defendant ProCollect, Inc. stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss all claims asserted, or that could have been asserted, between them in this action with prejudice, with each party to bear their own attorneys' fees and costs.

AGREED AS TO FORM AND CONTENT:

By: _/s/Taylor L. Kosla_____  
    TAYLOR L. KOSLA

By: ___s/ John W. Bowdich_____  
    JOHN W. BOWDICH  
    TX State Bar No. 00796233

AGRUSS LAW FIRM, LLC  
4809 N. Ravenswood Ave., Suite 419  
Chicago, Illinois  
(312) 224-4695 – Telephone  
(312) 253-4451 – Telecopy  
taylor@agrusslawfirm.com

BOWDICH & ASSOCIATES, PLLC  
8150 N. Central Expy., Ste. 500  
Dallas, Texas 75206  
(214) 307-9500 – Telephone  
(214) 307-5137 – Telecopy  
jbowdich@bowdichlaw.com

ATTORNEY FOR PLAINTIFF  
JESUS PEREZ

ATTORNEYS FOR DEFENDANT  
PROCOLLECT, INC.