United States District Court
Southern District of Texas
**ENTERED**
January 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-4848 |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Stipulation of Dismissal with Prejudice filed on  January 9,

2020, (Doc. No.7) this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this _10_ day of January 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE